# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KAREN L. HICKMAN,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>Defendant. | CASE NO. 3:16-cv-00931-GBC<br><br>(MAGISTRATE JUDGE COHN)<br><br>MEMORANDUM<br><br>Docs. 1, 3, 4, 9, 10 |

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. This appeal is DENIED, as the ALJ's decision is supported by substantial evidence;
2. The Clerk of Court shall enter judgment in favor of the Commissioner and against Plaintiff as set forth in the following paragraph;
3. The decision of the Commissioner of Social Security denying Karen L. Hickman disability insurance benefits is affirmed; and
4. The Clerk of Court shall close this case.

Dated: March 31, 2017                s/Gerald B. Cohn

                                                  GERALD B. COHN

                                         UNITED STATES MAGISTRATE JUDGE